Matthew DE LA HUNT, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102168

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 17, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 4, 2016

Application for Transfer Denied
April 5, 2016

Elizabeth Unger Carlyle, 6320 Brookside Plaza, # 516, Kansas City, MO 64113, for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

ORDER

PER CURIAM.

Matthew De La Hunt appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-

sion. The judgment of the motion court is affirmed under Rule 84.16(b).